PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | ) |
| vs. | ) ) ) |
| Wilbert Epps | ) ) Case No. 1:16-CR-00364-JFM |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

U.S. Pretrial Services recommends the following modification of the above named defendant's conditions of release:

- Reside at MISHA House, or other transitional housing program, as directed by Pretrial Services
- Travel restricted to Maryland
- Abide by all program rules and policies of the transitional housing program
- Undergo medical or psychiatric treatment as directed by Pretrial Services
- All previously imposed conditions of release remain in full force and effect

Assistant U.S. Attorney James Wallner and Defense Counsel Sedira Banan have no objections to this modification.

_____     4/4/2017
Signature of U.S. Pretrial Services Officer     Date

_____     4/4/2017
Signature of U.S. Pretrial Services Officer     Date

☑ The above modification of conditions of release is ordered, to be effective on _____.

☐ The above modification of conditions of release is *not* ordered.

_____     4/4/17
Signature of Judicial Officer     Date