IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | . | |
| v. | . | Criminal No. RDB-16-364 |
| **WILBERT EPPS** | . | |

. . . . . . . . .

## CONSENT MOTION TO MODIFY RELEASE CONDITIONS

Mr. Wilbert Epps, by and through his undersigned counsel, James Wyda, Federal Public Defender, and Sedira Banan, Assistant Federal Public Defender, and with the consent of the Government, through Assistant United States Attorney James Wallner, and Pretrial Services, respectfully requests that the Court modify the conditions or release as follows:

1. Mr. Epps remains compliant with release conditions, which include curfew location monitoring.  Mr. Epps must remain within his residence from 9:30 p.m. until 4:30 a.m.

2. Mr. Epps is invited to attend a family event on March 24, 2018, and requests to extend his curfew to midnight, 12:00 a.m., for the purpose of attending the event.

3. The Government and Pretrial Services have no objection to this request.

WHEREFORE, for the reasons presented herein, Mr. Epps requests modification of his release conditions to attend a family event. A proposed order is attached.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
for the District of Maryland

_____/S/_____
SEDIRA BANAN (#804827)
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, Ninth Floor
Baltimore, Maryland 21201
Phone: 410-962-3962
Fax: 410-962-0872
Email: sedira_banan@fd.org