# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**　　　　　　　　　　　　　　　　　　　　U.S.Courthouse - Chambers 5D
**Richard D. Bennett**　　　　　　　　　　　　　　　　101 W. Lombard Street
**United States District Judge**　　　　　　　　　　　Baltimore, MD 21201
**Northern Division**　　　　　　　　　　　　　　　　　Tel:  410-962-3190
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 410-962-3177

April 16, 2018

TO COUNSEL OF RECORD

　　RE:　*USA v. Wilbert Epps*
　　　　　Criminal No. RDB-16-0364

Dear Counsel:

　　This will confirm the Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

　　**Sentencing:**　　　　June 19, 2018 at 11:00 a.m.

　　Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　 /s/

　　　　　　　　　　　　　　　　Richard D. Bennett
　　　　　　　　　　　　　　　　United States District Judge

RDB/klf