## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. RDB-16-0364** |
| | * | |
| **v.** | * | |
| | * | |
| **WILBERT EPPS,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |

**...o0o…**

### ORDER FOR DISMISSAL

The defendant was charged in an Indictment, Superseding Indictment, and Second Superseding Indictment with violations of 21 U.S.C. § 841 and related charges. Pursuant to a written plea agreement dated August 2, 2017, Mr. Epps pleaded guilty to Count Ten of the Superseding Indictment filed against him and was yet to be sentenced.  Mr. Epps died on June 16, 2018.  Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Maryland hereby dismisses without prejudice the indictments filed against Wilbert Epps in the above captioned case.

Respectfully submitted,

Robert K. Hur
United States Attorney


_____/s/_____
Zachary B. Stendig
Assistant United States Attorney


_____/s/_____
James T. Wallner
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.


_____                      _____
Date                                          The Honorable Richard D. Bennett
                                             United States District Judge


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Advice to U.S. Marshal**:      1.  Defendant is not in federal custody.